**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING RELEASE** |
| | ) | **CONDITIONS** |
| vs. | ) | |
| | ) | |
| Jamie Lee Demeritt, | ) | Case No. 4:12-cr-121 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in an indictment with the offense of failing to register with a sex offender in violation of 18 U.S.C. § 2250. He made in initial appearance on the indictment and was arraigned on August 2, 2012. The court subsequently released him pending trial subject to a number of conditions, including electronic monitoring that contemplated the use of a system requiring a land telephone line. (Docket No. 8).

On October 16, 2012, the supervising Pretrial Services Officer advised the court that, while defendant has been cooperative and fully compliant with his release conditions, electronic monitoring using equipment requiring a land telephone line has become extremely difficult and time-consuming to administer for this defendant, given the need for defendant's changes of residence as well as work opportunities. In the opinion of Pretrial Services, defendant can reasonably be supervised without using a monitoring system tied to a land telephone line.

Based on the foregoing, it hereby **ORDERED** as follows:

1. Defendant shall no longer be required to submit to electronic monitoring requiring the use of a land telephone line. And, in the absence of another readily available method of electronic monitoring that is not dependent on a land telephone line,

1

Pretrial Services is authorized to monitor defendant by phone and/or text messaging.

2. Defendant's place of residence must be approved by Pretrial Services and he may not change that residence without the prior approval of Pretrial Services.

3. All other conditions of release previously imposed on defendant by the court shall remain in effect, including the curfew provisions.

4. If any party disagrees with these changes, the party may request a hearing.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2012.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge